## AFFIDAVIT OF SERVICE

| | | |
|---|---|---|
| **State of Florida** | **County of** | **United States Middle District Court** |

Case Number: 6-22-CV-73-RBD-LRH

Plaintiff:
**Ashley Francis**

vs.

Defendant:
**Account Resolution Services, LLC**

For:
Credit Repairs Lawyers of America
sec@crlam.com
22142 W Nine Mile Road
Southfield, MI 48033

Received by All Broward Process Corp on the 22nd day of February, 2022 at 1:32 pm to be served on **Account Resolution Services, LLC c/o C T Corporation System, 1200 South Pine Island Rd, Plantation, FL 33324**.

I, Francisco X. Carreras, being duly sworn, depose and say that on the **23rd day of February, 2022** at **1:45 pm, I:**

served a **REGISTERED AGENT** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION, and COMPLAINT** with the date and hour of service endorsed thereon by me, to: **Donna Moch** as **Registered Agent** at the address of: **1200 South Pine Island Rd, Plantation, FL 33324** on behalf of **Account Resolution Services, LLC**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 55+, Sex: F, Race/Skin Color: White, Height: 5'5", Weight: 140, Hair: Brown, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under penalty of perjury I declare I have read the foregoing Return of Service and that the facts stated are true. Notary not required pursuant to F.S. 92.525(2). Electronically signed in accordance with FSS 48.21(1).

Subscribed and Sworn to before me on the _____ day of _____, _____ by the affiant who is personally known to me or appeared by means of physical presence or online notarization.

_____
NOTARY PUBLIC

_____
**Francisco X. Carreras**
#582

**All Broward Process Corp**
**701 N Fig Tree Lane**
**Plantation, FL 33317**
**(954) 214-5194**

Our Job Serial Number: BPC-2022000641

Copyright © 1992-2022 Database Services, Inc. - Process Server's Toolbox V8.1z