UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ASHLEY FRANCIS,
    Plaintiff,

                                                Case No. 6:22-cv-00073-RBD-LRH

v.

ACCOUNT RESOLUTION SERVICES, LLC,

    Defendant.
_____

### **NOTICE OF PENDENCY OF OTHER ACTIONS**

    In accordance with Local Rule 1.04(d), I certify that the instant action:

_ IS        related to <u>pending</u> or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

_____

_____

_____

_____

x IS NOT    related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

    I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than fourteen days after appearance of the party.

Dated:   March 10, 2022

                               By: /s/ Daniel Brennan
                               Daniel Brennan
                               Bar Number 43395
                               Credit Repair Lawyers of America
                               39111 Six Mile Road, Suite 142,
                               Livonia, MI 48152
                               Telephone: (248) 353-2882
                               Facsimile: (248) 353-4840
                               E-Mail: daniel@crlam.com
                               Attorney(s) for Plaintiff,
                               Ashley Francis