UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.: 6:22-CV-00073-RBD-LHP

ASHLEY FRANCIS,

    Plaintiff(s),

vs.

ACCOUNT RESOLUTION SERVICES, LLC,

    Defendant(s).
_____/

## NOTICE OF MEDIATION

PLEASE TAKE NOTICE that the mediation in the above-captioned matter has been scheduled for:

| | |
|---|---|
| DATE: | October 6, 2022 |
| TIME: | 9:00 a.m. |
| PLACE: | Upchurch Watson White & Max, 1060 Maitland Center Commons, Suite 440 Maitland, FL 32751 |
| MEDIATOR: | A. Michelle Jernigan |

DATED this 16th day of June 2022.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on 06/16/2022, I electronically filed the foregoing document with the Clerk of the Court using the E-Portal filing system. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notice of Electronic Filing generated by the E-Portal.

Respectfully submitted,

/s/A. Michelle Jernigan
A. MICHELLE JERNIGAN, MEDIATOR
Mediator # 647FRA
Upchurch Watson White & Max
1060 Maitland Center Commons, Suite 440
Maitland, FL 32751
407-661-1123 phone / 407-661-5743 facsimile
mjernigan@uww-adr.com