UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.: 6:22-cv-00073-RBD-LHP

ASHLEY FRANCIS,

    Plaintiff,

v.

ACCOUNT RESOLUTION SERVICES, LLC,

    Defendant.
_____/

## JOINT NOTICE OF MEDIATOR SELECTION AND NOTICE SCHEDULING MEDIATION

Pursuant to the Court's Scheduling Order [DE 17], and Order of Referral to Mediation [DE 19], undersigned counsel have selected Michelle Jernigan of Upchurch Watson White & Max to mediate this matter. The parties have agreed that mediation is set before Michelle Jernigan, on Thursday, **October 6, 2022, at 9:00 a.m., at 1060 Maitland Center Commons, Suite 440 Maitland, FL 32751**.

Dated this **16th day of June 2022.**

| | |
|---|---|
| */s/ Daniel Brennan* | /s/ *Ernest H. Kohlmyer, III* |
| Daniel Brennan, Esq. | Ernest H. Kohlmyer, III, Esquire |
| Florida Bar No. 43395 | Florida Bar No. 110108 |
| daniel@crlam.com | Skohlmyer@shepardfirm.com |

| | |
|---|---|
| Credit Repair Lawyers of America<br>22142 West Nine Mile Road<br>Southfield, MI 48033<br>Telephone: 248-353-2882<br>Facsimile: 248-353-4840<br>*Attorneys for Plaintiff* | Shepard, Smith, Kohlmyer & Hand, P.A.<br>2300 Maitland Center Parkway, Suite 100<br>Maitland, Florida 32751<br>Telephone (407) 622-1772<br>Facsimile (407) 622-1884<br>*Healthcare Revenue Recovery Group, LLC d/b/a ARS Account Resolution Services* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been electronically filed on **June 16, 2022**, via the Clerk of Court's CM/ECF system. I further certify that the foregoing has been sent via electronic transmission to the following: Daniel Brennan, Esquire at daniel@crlam.com *(Attorneys for Plaintiff)*.

*/s/ Ernest H. Kohlmyer, III*
Ernest H. Kohlmyer, III
Florida Bar No. 110108
skohlmyer@shepardfirm.com
2300 Maitland Center Parkway, Suite 100
Maitland, Florida 32751
Phone: (407) 622-1772
Fax: (407) 622-1884
*Attorneys for Defendant,
Healthcare Revenue Recovery Group, LLC d/b/a ARS Account Resolution Services*