UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.: 6:22-cv-00073-RBD-LHP

ASHLEY FRANCIS,

    Plaintiff,

v.

ACCOUNT RESOLUTION SERVICES, LLC,

    Defendant.
_____/

## AMENDED JOINT NOTICE OF MEDIATOR SELECTION AND NOTICE SCHEDULING MEDIATION

Pursuant to the Court's Scheduling Order [DE 17], and Order of Referral to Mediation [DE 19], undersigned counsel have selected A. Michelle Jernigan of Upchurch Watson White & Max to mediate this matter. The parties have agreed that mediation is set before Michelle Jernigan, on Thursday, **October 6, 2022, at 9:00 a.m., via Zoom.**

Dated this **21st day of June 2022.**

| | |
|---|---|
| */s/ Daniel Brennan* | */s/ Ernest H. Kohlmyer, III* |
| Daniel Brennan, Esq. | Ernest H. Kohlmyer, III, Esquire |
| Florida Bar No. 43395 | Florida Bar No. 110108 |
| daniel@crlam.com | Skohlmyer@shepardfirm.com |
| Credit Repair Lawyers of America | Shepard, Smith, Kohlmyer & |
| 22142 West Nine Mile Road | Hand, P.A. |

| | |
|---|---|
| Southfield, MI 48033<br>Telephone: 248-353-2882<br>Facsimile: 248-353-4840<br>*Attorneys for Plaintiff* | 2300 Maitland Center Parkway,<br>Suite 100<br>Maitland, Florida 32751<br>Telephone (407) 622-1772<br>Facsimile (407) 622-1884<br>*Healthcare Revenue Recovery Group, LLC d/b/a ARS Account Resolution Services* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been electronically filed on **June 21, 2022**, via the Clerk of Court's CM/ECF system. I further certify that the foregoing has been sent via electronic transmission to the following: Daniel Brennan, Esquire at daniel@crlam.com *(Attorneys for Plaintiff)*.

> */s/ Ernest H. Kohlmyer, III*
> Ernest H. Kohlmyer, III
> Florida Bar No. 110108
> skohlmyer@shepardfirm.com
> 2300 Maitland Center Parkway,
> Suite 100
> Maitland, Florida 32751
> Phone: (407) 622-1772
> Fax: (407) 622-1884
> *Attorneys for Defendant,*
> *Healthcare Revenue Recovery*
> *Group, LLC d/b/a ARS Account*
> *Resolution Services*