UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.   6:22-CV-00073-RBD-LHP

ASHLEY FRANCIS,

    Plaintiff(s),

vs.

ACCOUNT RESOLUTION SERVICES, LLC,

    Defendant(s).
_____/

## MEDIATION REPORT

The parties held a mediation conference on October 6, 2022, and the results of that conference are indicated below.

1. **Attendance**

The following participants attended the mediation conference:

☑ Lead counsel

☑ The parties or a party's surrogate satisfactory to the mediator

☑ Any necessary insurance carrier representative

List any unexcused absence or departure from the mediation conference:
_____
_____
_____

**2. Outcome**

Under Local Rule 3.09(a), the parties must immediately file a notice after agreeing to resolve all or part of a civil action, even if the resolution is contingent or unwritten.

☐ The parties completely settled the case.

☐ The parties partially settled the case. The following issues remain:
_____
_____
_____

☐ The parties agreed to continue the mediation conference. The mediator will file another mediation report within seven days after the continued conference.

☑ The parties have reached an impasse.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on 10/06/2022, I electronically filed the foregoing document with the Clerk of the Court using ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notice of Electronic Filing generated by ECF.

A. Michelle Jernigan, Mediator
Mediator #647 FRA
Upchurch Watson White & Max
1060 Maitland Center Commons, Suite 440
Maitland, Florida 32751
407- 661-1123 phone / 407-661-5743 facsimile
mjernigan@uww-adr.com